UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:22-cv-01769-CKD P |
| Petitioner, | |
| v. | ORDER |
| SAC COUNTY JAIL, | |
| Respondent. | |

Petitioner is a county inmate proceeding pro se in this purported habeas corpus action. The court has received petitioner's motion for the appointment of an investigator that was docketed on January 19, 2023. A review of the docket also indicates that petitioner has filed two separate motions requesting the appointment of counsel in this matter. ECF Nos. 4, 6.

On January 12, 2023, this court screened petitioner's habeas corpus application and determined that petitioner was attempting to challenge his conditions of confinement rather than any criminal conviction. ECF No. 7. The court advised petitioner that it would exercise its discretion to convert the pending proceeding to a civil rights action pursuant to 42 U.S.C. § 1983 if petitioner agreed. ECF No. 7 at 2. In the same order, petitioner was directed to return the attached Notice of Election form to the court within 30 days indicating whether he agreed to convert his petition into a civil rights complaint. To date, petitioner has not returned the Notice of Election form.

1 | Since plaintiff has not yet returned the Notice of Election form, the court will defer consideration of petitioner's motions for the appointment of counsel.

However, IT IS HEREBY ORDERED that petitioner's motion for the appointment of an investigator (ECF No. 8) is denied without prejudice.

Dated:  January 25, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco1769.31