UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAC COUNTY JAIL,<br><br>    Defendant. | No. 2:22-cv-01769-CKD P<br><br><u>ORDER APPOINTING</u><br><u>LIMITED PURPOSE COUNSEL</u> |

Plaintiff, a county jail inmate, proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  The court has found the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing an amended complaint.  ECF No. 11.  Jessica T. Arena has been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Jessica T. Arena is appointed as limited purpose counsel in the above titled matter.  This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint.  The amended complaint shall be filed within 120 days from the date of this order.

2. Jessica T. Arena's appointment will terminate when plaintiff's amended complaint is filed, or a notice that an amended complaint would not be appropriate is filed.

1

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Jessica T. Arena, Law Office of Jessica T. Arena, 2443 Fillmore St., Suite 380-1614, San Francisco, CA 94115.

Dated:  March 9, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco1769.31.limited