UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:22-cv-01769-CKD P |
| Plaintiff, | |
| v. | ORDER |
| SAC COUNTY JAIL, | |
| Defendant. | |

Plaintiff has filed his second request for an extension of time to file a third amended complaint pursuant to the court's order of January 18, 2024. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint. No further extensions of time will be granted.

Dated: April 11, 2024

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcco1769.36sec

1