UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAC COUNTY JAIL, et al.,<br><br>    Defendants. | No. 2:22-cv-1769-TLN-CKD<br><br>**ORDER** |

Plaintiff Jerome Eli Mccoy ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 28, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

////

1

1. The findings and recommendations (ECF No. 31) are adopted in full.

2. This case proceeds solely on plaintiff's claim under 42 U.S.C. § 1983 that defendants Darwin and Jarvis were deliberately indifferent to his health or safety in connection with the denial of plaintiff's medication for 30 days; all other claims and defendants are dismissed without further leave to amend.

3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

Date: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2