1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JEROME ELI MCCOY,                             No.  2:22-cv-1769 TLN CKD P

12                  Plaintiff,

13           v.                                       ORDER

14     SAC COUNTY JAIL, et al.,

15                  Defendants.

16

17           Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this action

18     seeking relief pursuant to 42 U.S.C. § 1983.

19           On March 18, 2025, the court ordered the United States Marshal to serve process upon the

20     defendant in this case.  The Marshal was directed to attempt to secure a waiver of service before

21     attempting personal service on defendant.  If a waiver of service was not returned within sixty

22     days, the Marshal was directed to effect personal service on the defendant in accordance with the

23     provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c), without

24     prepayment of costs, and to file the return of service with evidence of any attempt to secure a

25     waiver of service and with evidence of all costs subsequently incurred in effecting personal

26     service.

27           On July 30, 2025, the United States Marshal filed a return of service with a USM-285

28     form showing total charges of $73.70 for effecting personal service on defendant Darwin.  The

                                                   1

1  form shows that a waiver of service form was mailed to the defendant on March 24, 2025, and

2  that no response was received.

3      Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

4      An individual, corporation, or association that is subject to service
       under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses
5      of serving the summons. . . .

6      If a defendant located within the United States fails, without good
       cause, to sign and return a waiver requested by a plaintiff located
7      within the United States, the court must impose on the defendant:

8      (A)  the expenses later incurred in making service; and

9      (B)   the reasonable expenses, including attorney's fees, of any
       motion required to collect those service expenses.
10

11  Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

12      The court finds that defendant Darwin was given the opportunity required by Rule 4(d) to

13  waive service and has failed to comply with the request.

14      Accordingly, IT IS HEREBY ORDERED that:

15      1.  Within fourteen days from the date of this order defendant Darwin shall pay to the

16  United States Marshal the sum of $73.70, unless within that time defendant files a written

17  statement showing good cause for his failure to waive service.  The court does not intend to

18  extend this fourteen day period.

19      2.  The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal and

20  Darwin, Supervisor of Mental Health, 651 I Street, Sacramento, California 95814.

21  Dated:  August 4, 2025

22      _____
        CAROLYN K. DELANEY
23      UNITED STATES MAGISTRATE JUDGE

24

25  8, mcco1769.Taxcost(Darwin)

26

27

28

2