WILKE FLEURY LLP
NEAL C. LUTTERMAN (SBN 174681)
nlutterman@wilkefleury.com
KATHRYNE E. BALDWIN (SBN 311052)
kbaldwin@wilkefleury.com
621 Capitol Mall, Suite 900
Sacramento, California 95814
Telephone:   (916) 441-2430
Facsimile:   (916) 442-6664

Attorneys for Defendant, Andrea Javist

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JEROME ELI MCCOY,<br><br>    Plaintiff,<br><br>    v.<br><br>SAC COUNTY JAIL, et al.,<br><br>    Defendant. | Case No. 2:22-cv-1769 TLN CKD P<br><br>[PROPOSED] ORDER ON ANDREA JAVIST'S EX PARTE APPLICATION TO EXTEND THE TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT AND WAIVE THE COST OF SERVICE |

The Court, having considered ANDREA JAVIST's Ex Parte Application to Extend Time to Respond to the Third Amended Complaint and Waive the Cost of Service.

Good cause appearing, IT IS ORDERED as follows:

1.    ANDREA JAVIST's Ex Parte Application is GRANTED; JAVIST shall have 30 days from the date of this order to file a responsive pleading to the Third Amended Complaint.

2.    The Court finds JAVIST did not receive notice of the request to waive service of process and therefore should not be charged for costs of service. Accordingly, the previous order requiring JAVIST to reimburse for costs of service (ECF No. 40) is VACATED.

Dated:  September 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, mcco1769.36.answ