UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEROME ELI MCCOY,

Plaintiff,

v.

SAC COUNTY JAIL, et al.,

Defendants.

No. 2:22-cv-1769-TLN-CKD

**ORDER**

Plaintiff, a state prisoner proceeding initially pro se and later with counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 51.)  No party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 51) are ADOPTED in full;

2.      This action is DISMISSED.  *See* Fed. R. Civ. P. 41(b); Local Rule 183(b).

1

3. Defendants' pending motions (ECF Nos. 45, 46, 48) are DENIED as moot.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: June 15, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE