UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, Plaintiff, v. SAC COUNTY JAIL, et al., Defendants. | No. 2:22-cv-01769-TLN-CKD P<br><br>ORDER |

This civil rights action was closed on June 16, 2026. (ECF Nos. 52, 53.) On July 16, 2026, plaintiff filed a motion to appoint counsel. On August 20, 2026, plaintiff filed a request for copies. (ECF No. 57.) Because this case is closed, IT IS ORDERED that these motions (ECF Nos. 54, 57) are DENIED. Plaintiff is informed that further documents and miscellaneous requests for relief filed in this closed case will be disregarded and no orders will issue in response to future such filings.

Dated: 08/28/26

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mcco1769.58